# UNITED STATES DISTRICT COURT
## Western District of Virginia
116 North Main Street
Harrisonburg, Virginia 22802

**JULIA C. DUDLEY**
**CLERK**
**(540) 434-3181**

March 27, 2017

Re:   5:17CV00016 Anne Taetzsch Fitzgerald, et al v. James B. Alcorn, et al

Dear Counsel:

This case has been assigned to United States District Judge Michael F. Urbanski.

Please contact Judge Urbanski's courtroom deputy, Jody Turner (540) 434-3181, ext. 1, for the purpose of setting up a scheduling conference with Judge Urbanski within the next ten (10) days, pursuant to Rule 16(b)(1)(B) of the Federal Rules of Civil Procedure. At this scheduling conference, which will be conducted via conference call, please be prepared to discuss a discovery plan and select a trial date. A pretrial scheduling order will be entered following this conference.

As the case proceeds, any hearings on non-dispositive motions, which include motions concerning discovery, will be scheduled and heard by Magistrate Judge Joel C. Hoppe. Please contact his office at (540) 434-3181, ext. 2 and speak with his scheduling clerk, Karen Dotson, for a hearing date. Hearings on dispositive motions, such as motions to dismiss or for summary judgment, will be scheduled by Ms. Turner. Please call her at the above number.

Very truly yours,

s/ Karen Dotson
Deputy Clerk

cc:  All Counsel
      File