CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
7/25/2017
JULIA C. DUDLEY, CLERK
BY: s/ JODY TURNER
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ANNE TAETZSH FITZGERALD, et al., | ) ) ) |
| Plaintiffs, | ) Case No. 5:17-cv-16 ) |
| v. | ) ) ) |
| JAMES B. ALCORN, et al., | ) ) By: Michael F. Urbanski |
| Defendants. | ) Chief United States District Judge |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the court **GRANTS in part** defendants' motion to dismiss. ECF No. 9. Plaintiffs Karen U. Kwiatkowski, as a prospective candidate for Virginia's 6th Congressional District in 2018, and Edward A. Yensho, as a prospective candidate for the 24th Virginia State Senatorial District in 2019, are **DISMISSED** for lack of standing to pursue their claims under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

This Order in no way alters the court's Order dated June 30, 2017. ECF No. 30. The parties are to continue jurisdictional discovery as to the standing of plaintiffs 20th House of Delegates District Republican Committee, Anne Taetzsh Fitzgerald, as chairman of the 20th House of Delegates District Republican Committee, the 6th Congressional District Republican Committee, and Yensho, as Chairman of the Green County Republican Committee. Although Yensho is dismissed in his capacity as a prospective candidate, he remains an active plaintiff in his capacities as Chairman of the Green County Republican

Committee and as a citizen of the Commonwealth of Virginia. Kwiatkowski also remains an active plaintiff in her capacity as a citizen of the Commonwealth of Virginia.

It is **SO ORDERED**.

Entered: July 24, 2017

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge