IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

ANNE TAETZSCH FITZGERALD, et al

                Plaintiffs

v.                                Case No. 5:17-CV-00016

JAMES B. ALCORN, et al

                Defendants.

### PLAINTIFFS' FIRST SUPPLEMENTAL RULE 26(a)(2)(b) EXPERT DISCLOSURE

Plaintiffs Anne Taetzsch Fitzgerald, individually, and as Chairman of the 20th House of Delegates District Republican Committee, Karen U. Kwiatkowski, individually, Edward A. Yensho, individually and as Chairman of the Green County Republican Committee, 20th House Of Delegates District Republican Committee, and 6th Congressional District Republican Committee, ("Plaintiffs"), by counsel, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) makes the following supplemental disclosures with respect to Plaintiffs' expert witness who will testify at the trial of this matter:

**Identification of Expert:**

    Jeffery A. Jenkins, Ph.D.
    **Provost Professor of Public Policy, Political Science, and Law**
    **Judith & John Bedrosian Chair of Governance and the Public Enterprise**
    **Sol Price School of Public Policy**
    **University of Southern California**
    **Lewis Hall 312**
    **Los Angeles, California 90089-0626**
    (213) 740-6842
    jajenkins@usc.edu

Dr. Jenkins is expected to provide testimony regarding the nomination process under Virginia Law and the Plan of Organization of the Republican Party of Virginia, the structural


EXHIBIT A

advantages enjoyed by incumbent office holders in such process, and the additional advantages conferred to incumbent officeholder by Section 24.2-509(B) of the code of Virginia, as well as related matters, all as set forth in the Expert Report previously provided.

Respectfully submitted,

ANNE TAETZSCH FITZGERALD, et al.,

Dated: July 21, 2017

Jeffrey R. Adams (VSB No. 43411)
of WHARTON ALDHIZER & WEAVER, PLC
100 South Mason Street
P. O. Box 20028
Harrisonburg, VA  22801
Phone: 540-434-0316
Fax:  540-434-5502
E-mail:  jadams@wawlaw.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2017, the foregoing pleading was mailed US Mail, first-class, postage pre-paid, and by electronic mail to the following:

Anna T. Birkenheier
Assistant Attorney General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia  23219
abirkenheier@oag.state.va.us

Counsel for Plaintiffs